***E-FILED: July 1, 2013***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP., | No. C13-80140MISC EJD (HRL) |
| Plaintiff, | **ORDER TERMINATING MOTION** |
| v. | |
| DEBORAH WENTZ, | |
| Defendants. | |
| _____/ | |

Symantec Corp.'s motion for an order to show cause/compel deposition will be terminated. If the District Court in Minnesota declines to rule on Deborah Wentz' and plaintiffs' pending motion for protective order, Wentz and Symantec are directed to comply with the undersigned's Standing Order re Civil Discovery Disputes.

SO ORDERED.

Dated: July 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-mc-80140-EJD Notice has been electronically mailed to:

2  Patrick Edward Gibbs patrick.gibbs@lw.com, Jennifer.Duckworth@lw.com, svdocket@lw.com, zoila.aurora@lw.com

3  Hilary Hellmuth Mattis hilary.mattis@lw.com, svdocket@lw.com